Certificate Number: 13858-PAM-DE-038372493

Bankruptcy Case Number: 24-00820


13858-PAM-DE-038372493

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 12, 2024, at 12:00 o'clock AM EDT, Leo Phillip McLaughlin, II completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 12, 2024

By: /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title: Counselor