# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Leo Phillip McLaughlin II,<br>aka Leo P McLaughlin, aka Leo P. McLaughlin, II, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:24–bk–00820–MJC |

Social Security No.:
    xxx–xx–1912

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

    **Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 19, 2024

**fnldecac** (05/18)